# United States Bankruptcy Court
## Southern District of New York

In re  **Christopher T George**                                                                 Case No.  **18-12824**

                                        Debtor(s)                                                Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **November 20, 2018**, a copy of **signed petition, schedules and notice of meeting of creditors** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Mona Zessimopoulos, PC**
**42-40 Bell Boulevard**
**Suite 603**
**Bayside, NY 11361**

                                                                                /s/ William Waldner
                                                                                **William Waldner**
                                                                                **Law Office of William Waldner**
                                                                                **469 Seventh Avenue**
                                                                                **Seventh Floor**
                                                                                **New York, NY 10018**
                                                                                **212-244-2882Fax:212-999-6694**
                                                                                **willwaldner@gmail.com**