# United States Bankruptcy Court
## Southern District of New York

In re **Christopher T George**                                               Case No. **18-12824**

                              Debtor(s)                                      Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **December 20, 2018**, a copy of **Motion for violation of the automatic stay** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Child Support Unit**
**151 Broadway**
**New York, NY 10001**

**NY County Support Unit**
**PO Box 830**
**Canal Street Station**
**New York, New York 10013**

**NYS Child Support Processing Center**
**PO BOX 15038**
**Albany, NY 12212**

                                                                **/s/ William Waldner**
                                                                **William Waldner**
                                                                **Law Office of William Waldner**
                                                                **469 Seventh Avenue**
                                                                **Seventh Floor**
                                                                **New York, NY 10018**
                                                                **212-244-2882Fax:212-999-6694**
                                                                **willwaldner@gmail.com**