# United States Bankruptcy Court
## Southern District of New York

| | | |
|---|---|---|
| In re **Christopher T George** | Case No. | **18-12824** |
| Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on **January   3, 2019**, a copy of Motion for Contempt(**Document #12 on Docket**)   was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**NYC Law Department**
**Attention Officer**
**100 Church Street**
**NY, NY 10007**

**Manhattan District Attorney's Office**
**Attention Officer**
**One Hagan Place**
**New York, New York 10013**

**Office of The Attorney General**
**Attention Officer**
**The Capitol**
**Albany, NY 12224**

**United States Attorney's Office**
**Attention Officer**
**86 Chambers Street / 3rd Floor**
**New York City, NY 10007**

/s/ William Waldner
**William Waldner**
**Law Office of William Waldner**
**469 Seventh Avenue**
**Seventh Floor**
**New York, NY 10018**
**212-244-2882Fax:212-999-6694**
**willwaldner@gmail.com**