# LAW OFFICE OF WILLIAM WALDNER

469 Seventh Avenue
SEVENTH FLOOR
NEW YORK, NY 10018
TEL: 212.244.2882
FAX: 212.999.6694

NY STATE AND FEDERAL COURTS

INFO@MIDTOWNBANKRUPTCY.COM
WWW.MIDTOWNBANKRUPTCY.COM

January 24, 2019

To:   Stephanie Astic
      220 Riverside Blvd
      Apt 39B
      New York, New York 10069

Re:   Christopher George: 18-12824

Stephanie,

My office represents Christopher George for his Chapter 13 Bankruptcy proceedings. His case is active and there is an automatic stay in the case. Among other things the automatic stay prohibits, by law any collection activities or lawsuits without permission of the Bankruptcy Court. If you have retained an attorney please forward this letter to him. I have enclosed form 309I for your records.

Regards,

William Waldner