# United States Bankruptcy Court
## Southern District of New York

In re  **Christopher T George**                                      Case No. **18-12824**
                              Debtor(s)                              Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **January 24, 2019**, a copy of **Letter Dated 1/29/19 to Stephanie Astic and Form 309I** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Stephanie Astic**
**220 Riverside Blvd, Apt 39B**
**New York, New York 10069**

                                                       **/s/ William Waldner**
                                                       **William Waldner**
                                                       **Law Office of William Waldner**
                                                       **469 Seventh Avenue**
                                                       **Seventh Floor**
                                                       **New York, NY 10018**
                                                       **212-244-2882 Fax:212-999-6694**
                                                       **willwaldner@gmail.com**