# LAW OFFICE OF WILLIAM WALDNER

| | |
|---|---|
| 469 Seventh Avenue | NY STATE AND FEDERAL COURTS |
| SEVENTH FLOOR | |
| NEW YORK, NY 10018 | |
| TEL: 212.244.2882 | INFO@MIDTOWNBANKRUPTCY.COM |
| FAX: 212.999.6694 | WWW.MIDTOWNBANKRUPTCY.COM |

March 13, 2019

Re:   Christopher George: 18-12824
      Withdraw of Motion for Contempt Violation of the Automatic Stay(#12 of ECF)


Please be advised that my office is now withdrawing the filed Motion to for Violation of the Automatic Stay (Document #12).


Regards,

/s/ William Waldner
William Waldner, Esq.