# United States Bankruptcy Court
## Southern District of New York

| | | |
|---|---|---|
| In re **Christopher T George** | Case No. | **18-12824** |
| Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on **March 13, 2019**, a copy of Amended 13 Plan   was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Amex**
**Correspondence/Bankruptcy**
**Po Box 981540**
**El Paso, TX 79998**

**Amex**
**P.o. Box 981537**
**El Paso, TX 79998**

**Amex**
**Correspondence/Bankruptcy**
**Po Box 981540**
**El Paso, TX 79998**

**Amex**
**Po Box 297871**
**Fort Lauderdale, FL 33329**

**Barclays Bank Delaware**
**Attn: Correspondence**
**Po Box 8801**
**Wilmington, DE 19899**

**Barclays Bank Delaware**
**Po Box 8803**
**Wilmington, DE 19899**

**Barneys Of New York**
**Po Box 326**
**Lyndhurst, NJ 07071**

**Bloomingdales**
**PO BOX 183083**
**Columbus, OH 43218**

**Bloomingdales**
**PO BOX 78008**
**Phoenix, AZ 85062**

**Capital One**
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

**Capital One**
**15000 Capital One Dr**
**Richmond, VA 23238**

**Chase Card Services**
**Correspondence Dept**
**Po Box 15298**
**Wilmington, DE 19850**

**Chase Card Services**
**Po Box 15298**
**Wilmington, DE 19850**

**Citibank/Sears**
**Attn: Bankruptcy**
**Po Box 6275**

**Sioux Falls, SD 57117**

**Citibank/Sears**
**Po Box 6282**
**Sioux Falls, SD 57117**

**Citibank/The Home Depot**
**Attn: Recovery/Centralized Bankruptcy**
**Po Box 790034**
**St Louis, MO 63179**

**Citibank/The Home Depot**
**Po Box 6497**
**Sioux Falls, SD 57117**

**Citicards**
**Citicorp Credit Services/Attn: Centraliz**
**Po Box 790040**
**Saint Louis, MO 63179**

**Citicards**
**Po Box 6241**
**Sioux Falls, SD 57117**

**Citicards**
**Citicorp Credit Services/Attn: Centraliz**
**Po Box 790040**
**Saint Louis, MO 63179**

**Citicards**
**Po Box 6241**
**Sioux Falls, SD 57117**

**Corporate Counsel, City of NY**
**100 Church St, room 5-233**
**New York, NY 10007**

**Dsnb Bloomingdales**
**Attn: Recovery "Bk"**
**Po Box 9111**
**Mason, OH 45040**

**Dsnb Bloomingdales**
**9111 Duke Blvd**
**Mason, OH 45040**

**Dsnb Bloomingdales**
**Attn: Recovery "Bk"**
**Po Box 9111**
**Mason, OH 45040**

**Dsnb Bloomingdales**
**9111 Duke Blvd**
**Mason, OH 45040**

**First Republic Thrif**
**111 Pine St**
**San Francisco, CA 94111**

**Hsbc Bank**
**Hsbc Card Srvs/Attn: Bankruptcy**
**Po Box 4215**
**Buffolo, NY 14240**

**Hsbc Bank**
**Po Box 5253**
**Carol Stream, IL 60197**

**Hsbc Mortgage Corp Usa**
**Attn: Bankruptcy**
**Po Box 4215**
**Buffalo, NY 14240**

**Hsbc Mortgage Corp Usa**
**Pob 4604**
**Buffalo, NY 14240**

**Internal Revenue Service**

**Ceneralized Insolvency O**
**PO BOX 21126**
**Philadelphia, PA 19114**

**IRS**
**Department of Treasury**
**IRS**
**Kansas City, MO 64999**

**Island Federal Credit**
**120 Motor Pkwy**
**Hauppauge, NY 11788**

**Island Federal Credit**
**120 Motor Pkwy**
**Hauppauge, NY 11788**

**Island Federal Credit**
**120 Motor Pkwy**
**Hauppauge, NY 11788**

**KeyBank**
**4910 Tiedeman Road**
**Oh-01-51-0622**
**Brooklyn, OH 44144**

**KeyBank**
**6950 S Transit Rd**
**Lockport, NY 14094**

**Mona Zessimopoulos, PC**
**42-40 Bell Boulevard**
**Suite 603**
**Bayside, NY 11361**

**NYC-HRA Office of Child Suppor**
**150 Greenwich St, 40th Floor**
**New York, NY 10007**

**NYS Dept of Tax & Finance**
**Bankruptcy Section**
**PO BOX 5300**
**Albany, NY 12205**

**NYS OTDA**
**New York State Office of Temporary and D**
**40 North Pearl Street**
**Albany, NY 12243**

**NYS OTDA**
**Po Box 14**
**Albany, NY 12201**

**PHH Mortgage Services**
**Attn: Bankruptcy**
**Po Box 5452**
**Mount Laurel, NJ 08054**

**PHH Mortgage Services**
**1 Mortgage Way**
**Mount Laurel, NJ 08054**

**Synchrony Bank/Banana Republic**
**Attn:   Bankruptcy Dept**
**Po Box 965060**
**Orlando, FL 32896**

**Synchrony Bank/Banana Republic**
**Po Box 965005**
**Orlando, FL 32896**

**Synchrony Bank/Banana Republic**
**Attn:   Bankruptcy Dept**
**Po Box 965060**
**Orlando, FL 32896**

**Synchrony Bank/Banana Republic**
**Po Box 965005**

**Orlando, FL 32896**

**Synchrony Bank/PC Richards & Sons**
**Attn:   Bankruptcy Dept**
**Po Box 965060**
**Orlando, FL 32896**

**Synchrony Bank/PC Richards & Sons**
**Po Box 965036**
**Orlando, FL 32896**

**Target**
**Attn: Payment Disputes**
**Mailstop 2201, PO Box 26907**
**Tempe, AZ 85285**

**Target**
**Po Box 673**
**Minneapolis, MN 55440**

**Toyota Financial Services**
**Attn: Bankruptcy**
**Po Box 8026**
**Cedar Rapids, IA 52409**

**Toyota Financial Services**
**Po Box 9786**
**Cedar Rapids, IA 52409**

**Volkswagen Credit, Inc**
**Attn: Bankruptcy**
**Po Box 3**
**Hillboro, OR 97123**

**Volkswagen Credit, Inc**
**2333 Waukegan Rd**
**Deerfield, IL 60015**

**/s/ William Waldner**
**William Waldner**
**Law Office of William Waldner**
**469 Seventh Avenue**
**Seventh Floor**
**New York, NY 10018**
**212-244-2882Fax:212-999-6694**
**willwaldner@gmail.com**