UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X   Chapter 13
IN RE:                                                                          Case No. 18-12824-CGM

CHRISTOPHER T GEORGE
                               Debtors.
---------------------------------------------------------X

### ORDER DISALLOWING CLAIM NUMBERS 10 FILED BY DEPARTMENT STORES NATIONAL BANK AND CLAIM NUMBER 13 FILED BY PSEGLI

UPON the June 10, 2019 written application of Krista M. Preuss, Chapter 13 Trustee, seeking entry of an Order disallowing Claim Number 10 filed by, Department Stores National Bank and Claim Number 13 filed by PSEGLI, due notice of the aforesaid application having been given to all necessary parties; and

WHEREAS, on July 18, 2019 the Trustee appeared in support and no parties appeared in opposition; and

WHEREAS, the Court having reviewed the moving papers and determined the proof of claim filed by Department Stores National Bank, and the proof of claim filed by PSEGLI are each late claims, in that same were filed after the passage of the bar date; and

WHEREAS, the foregoing constitutes cause for disallowing the claims filed by Department Stores National Bank and PSEGLI; it is accordingly

ORDERED, that the claim filed by Department Stores National Bank, docketed by the Court as Claim Number 10, filed in the amount of $938.46, and the claim filed by PSEGLI docketed by the court as Claim Number 13, filed in the amount of $186.56 are each disallowed in their entirety and will not be provided for under the terms of the Debtor's Chapter 13 Plan.



**Dated: July 29, 2019**
     **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**