| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>================================X<br>IN RE:<br><br>CHRISTOPHER T GEORGE,<br><br><br>                        Debtor.<br>================================X | kp7299/MP<br>August 5, 2021<br>9:00 AM<br><br>Chapter 13<br>Case No. 18-12824-CGM-13<br><br>**NOTICE OF MOTION** |

   PLEASE TAKE NOTICE, that upon the within application, Krista M. Preuss, Chapter 13 Trustee, will move this court before the Hon. Cecelia G. Morris, Chief U.S. Bankruptcy Judge, at the United States Bankruptcy Court, at One Bowling Green, New York, NY 10004-1408, on the 5th day of August, 2021 at 9:00 AM, or as soon thereafter as counsel can be heard, for an order pursuant to 11 U.S.C. 1307(c)(6) dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

   Responsive papers shall be filed with the bankruptcy court and served upon the Chapter 13 Trustee, Krista M. Preuss, Esq., no later than seven (7) days prior to the hearing date set forth above.  Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:   White Plains, New York
          July 15, 2021

                                                                /s/ Krista M. Preuss
                                                                Krista M. Preuss, Chapter 13 Trustee
                                                                399 Knollwood Road, Ste 102
                                                                White Plains, NY 10603
                                                                (914) 328-6333

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
================================X
IN RE:

CHRISTOPHER T GEORGE,

                        Debtor.
================================X

kp7299/MP
August 5, 2021
9:00 AM

Chapter 13
Case No: 18-12824-CGM-13

**APPLICATION**

TO THE HONORABLE CECELIA G. MORRIS, CHIEF U.S. BANKRUPTCY JUDGE:

    KRISTA M. PREUSS, Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor commenced this Chapter 13 case by filing a voluntary petition on September 19, 2018.

2. The Debtor has failed to provide the Trustee with federal and state tax returns and refunds if any for the years 2018, 2019, and 2020 as required pursuant to the order of confirmation.

3. No prior application seeking the relief requested herein has been filed by the Chapter 13 Trustee.

4. The foregoing represents a material default by the Debtor with respect to the terms of the confirmed plan and constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. Section 1307(c)(6).

    WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an order dismissing this Chapter 13 case and such other and further relief as may seem just and proper.

Date:  July 15, 2021
         White Plains, New York

                                                  /s/Krista M. Preuss
                                                  KRISTA M. PREUSS, TRUSTEE

**PAYMENT ADDRESS ONLY:**
KRISTA M. PREUSS, TRUSTEE
PO BOX 613707
MEMPHIS, TN  38101-3707

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
================================X    Case No: 18-12824-CGM-13
IN RE:

  CHRISTOPHER T GEORGE,

**CERTIFICATE OF SERVICE
BY MAIL**

                  Debtor.
================================X

        This is to certify that I, Jesse Furst, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

CHRISTOPHER T GEORGE
66 WEST 69TH STREET, #1F
NEW YORK, NY 10023

WILLIAM W. WALDNER, ESQ.
469 7TH AVENUE
12TH FLOOR
NEW YORK, NY 10018

This July 15, 2021
/s/Jesse Furst
Jesse Furst, Clerk
Office of the Standing Chapter 13 Trustee
Krista M. Preuss, Esq.
399 Knollwood Road, Suite 102
White Plains, NY 10603
(914) 328-6333

CHAPTER 13
CASE NO: 18-12824-CGM-13
Hon. CECELIA G. MORRIS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

IN RE:

CHRISTOPHER T GEORGE,

                              Debtor.
_____

**NOTICE OF MOTION AND APPLICATION TO DISMISS CASE
AND
CERTIFICATE OF SERVICE**

_____

**KRISTA M. PREUSS, TRUSTEE
399 KNOLLWOOD ROAD, STE 102
WHITE PLAINS, NY 10603
(914) 328-6333**