# United States Bankruptcy Court
## Southern District of New York

| | | |
|---|---|---|
| In re **Christopher T George** | Case No. | **18-12824** |
| Debtor(s) | Chapter | **13** |

## Notice of Change of Address

Debtor's Social Security Number:    **xxx-xx-7791**

**Debtor's Former Mailing Address and Telephone Number was:**

Name:    **Christopher T George**

Street:    **66 West 69th Street, #1F**

City, State and Zip:    **New York, NY 10023**

Telephone #:    **2122442882**

**Please be advised that effective Immediately
my (our) new mailing address and telephone number is:**

Name:    **Christopher T George**

Address:    **108 West 74th Street #7  New York, NY 10023**

:

Telephone #:

　　　　　　　　　　　　　　　　　　　　**/s/ William Waldner**
　　　　　　　　　　　　　　　　　　　　**Debtor's Attorney**