```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X      Chapter 13
IN RE:                                                             Case No.: 18-12824 CGM

CHRISTOPHER T. GEORGE,                                             NOTICE OF WITHDRAWAL
                                                                   OF TRUSTEE'S
                                                                   MOTION TO DISMISS

                              Debtor(s).
------------------------------------------------------------X
```

## NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS (DOCKET #26)

Please take notice that the Motion to Dismiss which was filed by the Trustee on July 15, 2021 as Docket #26 is hereby withdrawn.

Date: White Plains, New York
         November 1, 2021

                                              */s/ Krista M. Preuss*
                                              Krista M. Preuss (KMP 7299) TM
                                              Standing Chapter 13 Trustee
                                              399 Knollwood Road, Suite 102
                                              White Plains, New York 10603
                                              (914) 328-6333